# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ESTATE OF JOHN J. THOMAS, DECEASED | : No. 202 WAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: TIMOTHY J. UNGAREAN | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.